UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

      PLAINTIFF,

                                 Case No. 91-50013

v.

                                 F. Kay Behm

EDWARD OMAR SPEARMAN,          U.S. District Judge

      DEFENDANT.

_____/

**ORDER DENYING MOTION TO PROCEED IFP ON
<u>APPEAL AS UNNECESSARY (ECF No. 555)</u>**

The court denied Defendant Edward Omar Spearman's motion for

compassionate release on August 4, 2025.  (ECF No. 547).  The court granted

Defendant's motion to extend the time to file a notice of appeal.  (ECF No.

549).  Defendant filed his notice of appeal on April 3, 2026.  (ECF No. 550).

Defendant has now filed an application to proceed *in forma pauperis* (IFP) on

appeal.  (ECF No. 555).

Defendant's motion to proceed IFP on appeal is unnecessary in these

circumstances.  *See United States v. Westbury*, 2022 WL 1562364, *3 (6th Cir.

Mar. 31, 2022).  The *Westbury* court explained that a motion filed under

§ 3582(c)(1)(A) is considered to be a continuation of the underlying criminal proceedings.  *Id*. (citing *United States v. Payton*, 979 F.3d 388, 390 (6th Cir. 2020)).  And where the district court appointed counsel to represent the defendant in the underlying prosecution pursuant to the Criminal Justice Act (CJA) because he could not afford to pay for his own attorney, he was not required to pay the filing fee to appeal the denial of his motion for compassionate release.  *Id*. (citing 18 U.S.C. § 3006A(d)(7)).  Here, the court appointed counsel for Defendant under the CJA.  Accordingly, he is not required to pay the filing fee to appeal his motion for compassionate release. The motion to proceed IFP on appeal is, therefore, **DENIED** as unnecessary.

**SO ORDERED**.

Dated: May 5, 2026                                        s/F. Kay Behm
                                                         F. Kay Behm
                                                         United States District Judge

2